# In the United States District Court for the Southern District of Georgia
## Brunswick Division

MARCO IAN ALMEIDA-BARRETO,

    Petitioner,

v.

WARDEN, FCI JESUP,

    Respondent.

2:24-cv-17

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Marco Almeida-Barreto ("Almeida-Barreto") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS without prejudice** Almeida-Barreto's 28 U.S.C. § 2241 Petition for failure to follow the Court's directive, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Almeida-Barreto *in forma pauperis* status on appeal.

**SO ORDERED**, this 13 day of May, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA